UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH THEODORE MCNEIL,<br><br>    Petitioner,<br><br>vs.<br><br>RICHARD MORGAN,<br><br>    Respondent. | NO. CV-05-5099-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION WITHOUT PREJUDICE** |

Magistrate Judge Imbrogno filed a Report and Recommendation on August 15, 2006, recommending Mr. McNeil's habeas corpus petition be dismissed without prejudice. There being no objections, the Court **ADOPTS** the Report and Recommendation. The Petition is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Petitioner, enter judgment and close the file.

**DATED** this  20th  day of October 2006.


                        S/ Edward F. Shea
                         EDWARD F. SHEA
                     UNITED STATES DISTRICT JUDGE

Q:\Civil\2005\5cv5099ci-9-27-dis.wpd

ORDER DISMISSING PETITION WITHOUT PREJUDICE -- 1